■ EVELYN SCHORR, Appellant, v ROGERS STEREO, INC., et al., Respondents. [599 NYS2d 982] —Appeal by the plaintiff from stated portions of an order of the Supreme Court, Nassau County (Lockman, J.), dated July 24, 1991.

Ordered that the order is affirmed insofar as appealed from, with costs, for the reasons stated by Justice Lockman at the Supreme Court. Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.